1  Name     _____
2  Bar #    _____
3  Firm     _____
   Address  _____
4           _____
5           _____
   Telephone _____
6

7            IN THE UNITED STATES DISTRICT COURT
8                FOR THE DISTRICT OF ARIZONA
9

10                                     )
11                                     )
                                       )
12       Plaintiff,                    )
                                       )   **Case No.**
13       vs.                           )
                                       )   **Corporate Disclosure Statement**
14                                     )
                                       )
15       Defendant.                    )
                                       )
16 _____)

17

18    This Corporate Disclosure Statement is filed on behalf of _____
   in compliance with the provisions of: *(check one)*
19
        ____  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20            action in a district court must file a statement that identifies any parent corporation
21            and any publicly held corporation that owns 10% or more of its stock or states that
              there is no such corporation.
22
        ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23            party to a proceeding in a district court must file a statement that identifies any
              parent corporation and any publicly held corporation that owns 10% or more of its
24            stock or states that there is no such corporation.
25
        ____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26            alleged criminal activity is a corporation the government must file a statement
27            identifying the victim and the statement must also disclose the information required
              by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

____    No such corporation.

____    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____    Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____   Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

     Dated this _____ day of _____, _____.

                                  _____
                                  Counsel of Record

Certificate of Service: