C. Taylor Ashworth, AZ Bar #0104343
Alan A. Meda, AZ Bar #009213
Stinson Morrison Hecker LLP
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
ameda@stinson.com
Attorneys for Debtors and Debtors-in-Possession

Steven D. Jerome, Esq., AZ Bar # 018420
Snell & Wilmer, LLP
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
Tel: (602) 382-6000
Fax: (602) 382-6070
sjerome@swlaw.com
Attorneys for Mark Franks

Lawrence E. Wilk, AZ Bar #006510
Jonathan P. Ibsen, AZ Bar #023284
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tel: (602) 248-1000
Fax: (602) 248-0522
lew@jaburgwilk.com
jpi@jaburgwilk.com
Attorneys for Receiver; Special Counsel to ANMP

Christopher R. Kaup, Esq., AZ Bar #014820
Tiffany & Bosco PA
2525 E. Camelback Road 3rd Floor
Phoenix Arizona 85016-4237
Tel: (602) 255-6024
Fax: (602) 255-0103
crk@tblaw.com
Attorneys for the Official Unsecured Creditors' Committee

# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>DEXTER DISTRIBUTING CORPORATION, et al.,<br>　　　　Debtors. | CIV 09-1099-PHX-JAT<br>Chapter 11<br>(Bk. No. 2-03-bk-03546-RJH) |
| TAYLOR R. COLEMAN,<br>　　　　Appellant,<br>vs.<br>Dexter Distributing Corporation; New Castle Megastore Corp.; 1113 Progress Drive, Medford, LLC; Castle Realty Corporation; Mark Franks; ANMP; and the Official Committee of Unsecured Creditors,<br>　　　　Appellees. | **APPELLEES' MOTION TO EXCEED PAGE LIMITATION IN APPELLEES' RESPONSIVE BRIEF** |

Dexter Distributing Corporation ("Dexter"), New Castle Megastore Corp. ("New Castle"), 1113 Progress Drive, Medford, LLC ("Medford"), and Castle Realty Corporation ("Realty") (jointly, "Debtors"), Mark A. Franks ("Franks"), American National Mortgage Partners ("ANMP"), and the Official Committee of Unsecured Creditors (the "Committee") (collectively the "Plan Proponents"), Appellees herein, pursuant to LRBankr. 8010-2, hereby request entry of an Order authorizing them to exceed the page limitation of LRBankr. 8010-2 in their responsive brief.

On August 19, 2009, Appellant filed an opening brief herein consisting of 29 pages (calculated as provided by LRBankr. 8010-2), and requested Court authority for the excess pages. Appellees have made substantial efforts to keep their responsive brief as short as possible. However, to provide a clear recitation of the pertinent facts in these complex cases, and to properly address Appellant's numerous assignments of error, Appellees have found it necessary to prepare a responsive brief consisting of 48 pages. Appellees have attempted to be concise and have avoided repetition, but they believe that truncating their brief further would sacrifice both clarity and substance. Under the circumstances, including the length of Appellant's Opening Brief and the large number of factual and legal issues raised by Appellant, an extension of the page limitation of LRBankr. 8010-2 to 48 pages is reasonable and necessary for Appellees to present their opposition.

A proposed order granting this motion is attached hereto as Exhibit A and incorporated herein by reference.

WHEREFORE, the Appellees request entry of an Order authorizing them to file a responsive brief consisting of 48 pages, and for such other relief as is just and appropriate in the circumstances.

RESPECTFULLY SUBMITTED this September 21, 2009.

| JABURG & WILK PC | STINSON MORRISON HECKER LLP |
|---|---|
| /s/ Lawrence E. Wilk | By:   /s/ Alan A. Meda (#009213) |
| Lawrence E. Wilk | C. Taylor Ashworth |
| Jonathan P. Ibsen | Alan A. Meda |
|  | Christopher Graver |
|  | Josh L. Kahn |
| 3200 North Central Avenue, Suite 2000 | 1850 N. Central Avenue, Suite 2100 |
| Phoenix AZ 85012 | Phoenix, Arizona 85004-4584 |
| Attorneys for ANMP | Attorneys for Debtors and Debtors-in-Possession |
| SNELL & WILMER LLP | TIFFANY & BOSCO PA |
| /s/ Steve Jerome | /s/ Christopher R. Kaup |
| Steven D. Jerome | Christopher R. Kaup |
| One Arizona Center | 2525 E Camelback Rd 3rd Fl |
| 400 E Van Buren St | Phoenix AZ 85016-4237 |
| Phoenix AZ 85004-2202 | Attorneys for the Official Committee of |
| Attorneys for Mark Franks | Unsecured Creditors |

2

1 | Copy sent this 21st day of September 2009 to the following:

H. Michael Clyde
Richard Lorenzen
Todd R. Kerr
Perkins Coie PA
2901 N Central Ave
PO Box 400
Phoenix AZ  85001-0400
mclyde@perkinscoie.com
rlorenzen@perkinscoie.com
tkerr@perkinscoi.com
Attorneys for Appellant


  /s/ Rebecca J. McGee
_____

DB04/803887.0006/1893410.2 DD02