UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Taylor R Coleman,**<br>PLAINTIFF(S)<br><br>v.<br><br>**Dexter Distributing Corp.; et al.,**<br>DEFENDANT(S) | CASE NO. **CV 09-1099 PHX-JAT**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

    Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Proponents' Response Brief #42* filed by *C Ashworth*:

    ☒ Leave of Court required to file a document.

**ACTION REQUIRED BY THE FILER**

    ☒   The deficiency must be corrected within one (1) business day of this notice.
    ☒   Electronically lodge the original proposed pleading using the "Lodged Proposed Document" event.