1
2
3
4
5
6 IN THE UNITED STATES DISTRICT COURT
7 FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| Dexter Distributing Corporation, et al.,, ) | No. CV 09-1099-PHX-JAT |
| ) | |
| Debtors, ) | BK NO. 2:03-bk-03546-RJH |
| _____ ) | |
| ) | Jointly Administered as Case With: |
| Taylor R. Coleman, ) | 2-03-BK-03548-RJH |
| ) | 2-03-bk-04238-RJH |
| Appellant, ) | 2-03-BK-04695-RJH through |
| ) | 2-03-BK-04710-RJH |
| vs. ) | 2-03-BK-05427-RJH |
| ) | 2-03-BK-11513-RJH |
| ANMP, et al., ) | 2-03-BK-11515-RJH |
| ) | 2-03-BK-04238-RJH |
| Appellees. ) | 2-07-BK-01017-RJH |
| ) | 2-07-BK-01018-RJH |
| ) | 2-07-BK-01019-RJH; and |
| ) | 2-08-BK-05785-RJH |
| ) | |
| ) | ADV. NO. 00-0000 |
| ) | |
| ) | BAP NO. AZ-00-0000 |
| ) | |
| ) | **ORDER** |
| _____ ) | |

23    Pending before this Court is Taylor R. Coleman's Motion to Exceed Page Limitation
24 (Doc. # 57).
25    **IT IS ORDERED** that Taylor R. Coleman's Motion to Exceed Page Limitation (Doc.
26 # 57) is denied in part and granted in part as follows: Coleman may file a reply brief that does
27 not exceed 30 pages.
28

1    **IT IS FURTHER ORDERED** that Coleman shall file his reply brief within 5 days
2 from the date of this Order..
3    DATED this 13th day of October, 2009.

                                James A. Teilborg
                                United States District Judge